**The People of the State of Illinois, defendant in error, v. Frank Healy, plaintiff in error. Gen. No. 35,303.**

█ Heard in the second division of this court for the first district at the October term, 1931. █ Opinion filed February 23, 1932.

John Owen, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

---

**The White Eagle Building and Loan Association, appellant, v. Estelle Kwiatkowski et al., appellees. Gen. No. 35,335.**

█ Heard in the second division of this court for the first district at the October term, 1931. █ Opinion filed February 23, 1932.

Charles J. Grablowski and Joseph C. Kanak, for appellant. Cavender, Milchrist & Kaiser and T. J. Szmergalski, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

---

**John Rybicki, administrator of the estate of Wladyslawa Rybicki, deceased, defendant in error, v. Joseph Kopterski, plaintiff in error. Gen. No. 35,376.**

█ Heard in the second division of this court for the first district at the October term, 1931. █ Opinion filed February 23, 1932.

Joseph F. Elward and Joseph Andrew Lasecki, for plaintiff in error; Joseph F. Elward, of counsel. Melville R. Thomson, for defendant in error; George H. Sugrue, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Arthur V. Goebel and Edward Schatz, appellees, v. David Lipman, appellant. Gen. No. 35,437.**

█ Heard in the second division of this court for the first district at the October term, 1931. █ Opinion filed February 23, 1932. Rehearing denied March 5, 1932.

M. H. Kamerman, for appellant; Clyde C. Fisher, of counsel. Parker, McKeon & Clusman and Theodore Sharf, for appellees; James B. McKeon and Theodore Sharf, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.